BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CR-00181-KJM |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| DANIEL AWAI-FULLER,<br>  aka Daniel Ha'ahed Awai-Fuller, | |
| Defendant. | |

Based upon the entry of guilty plea to Count 1 in the Indictment charging him with Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1) and agreement of forfeiture by defendant Daniel Awai-Fuller it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), defendant Daniel Awai-Fuller's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. one High Point, model C9, 9mm handgun, serial number P1408414.

2. The above-listed property constitutes a firearm involved

1

1 or used in a knowing violation of 18 U.S.C. § 922(g)(1).

2     3. Pursuant to Rule 32.2(b), the Attorney General (or a 3 designee) shall be authorized to seize the above-listed property. 4 The aforementioned property shall be seized and held by the 5 Bureau of Alcohol, Tobacco, Firearms and Explosives, in its 6 secure custody and control.

7     4. a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 8 U.S.C. § 853(n), and Local Rule 171, the United States shall 9 publish notice of the order of forfeiture. Notice of this Order 10 and notice of the Attorney General's (or a designee's) intent to 11 dispose of the property in such manner as the Attorney General 12 may direct shall be posted for at least 30 consecutive days on 13 the official internet government forfeiture site 14 [www.forfeiture.gov](www.forfeiture.gov). The United States may also, to the extent 15 practicable, provide direct written notice to any person known to 16 have alleged an interest in the property that is the subject of 17 the order of forfeiture as a substitute for published notice as 18 to those persons so notified.

19     b. This notice shall state that any person, other than 20 the defendant, asserting a legal interest in the above-listed 21 property, must file a petition with the Court within sixty (60) 22 days from the first day of publication of the Notice of 23 Forfeiture posted on the official government forfeiture site, or 24 within thirty (30) days from receipt of direct written notice, 25 whichever is earlier.

26     5. If a petition is timely filed, upon adjudication of all 27 third-party interests, if any, this Court will enter a Final 28 ///

2

1  Order of Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28
2  U.S.C. § 2461(c), in which all interests will be addressed.
3       SO ORDERED this 24th day of August, 2012.

                                    _____
                                    UNITED STATES DISTRICT JUDGE