1  BENJAMIN B. WAGNER
   United States Attorney
2  WILLIAM S. WONG
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            2:11-CR-00181-KJM

12           Plaintiff,                  FINAL ORDER OF FORFEITURE

13       v.

14  DANIEL AWAI-FULLER,
        aka Daniel Ha'ahed Awai-Fuller,
15
             Defendant.
16

17

18       WHEREAS, on or about August 27, 2012, this Court entered a Preliminary Order of Forfeiture

19  pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), based upon the plea

20  agreement entered into between plaintiff and defendant Daniel Awai-Fuller, forfeiting to the United

21  States the following property:

22           a.      One High Point, model C9, 9mm handgun, serial number P1408414.

23       AND WHEREAS, beginning on September 1, 2012, for at least 30 consecutive days, the United

24  States published notice of the Court's Order of Forfeiture on the official internet government forfeiture

25  site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the

26  Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate

27  the validity of their alleged legal interest in the forfeited property;

28  /////

                                              1

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.      A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Daniel Awai-Fuller.

2.      All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.      The Bureau of Alcohol, Tobacco, Firearms and Explosives shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 29th day of November, 2012

_____
UNITED STATES DISTRICT JUDGE