| | |
|---|---|
| 1 | McGREGOR W. SCOTT |
| | United States Attorney |
| 2 | DAVID W. SPENCER |
| | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| | Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff |
| | United States of America |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:11-CR-00181-KJM |
|---|---|
| Plaintiff, | ) |
| | ) **NOTICE OF RELATED CASES** |
| v. | ) |
| | ) [Local Rules 123(a), 123(f)] |
| DANIEL AWAI-FULLER, | ) |
| Defendant. | ) |

| UNITED STATES OF AMERICA, | ) Case No. 2:19-CR-00027-JAM |
|---|---|
| Plaintiff, | ) **NOTICE OF RELATED CASES** |
| v. | ) [Local Rules 123(a), 123(f)] |
| DANIEL AWAI-FULLER, | ) |
| Defendant. | ) |

Notice of Related Cases

| | |
|---|---|
| 1 | **NOTICE OF RELATED CASES** |
| 2 | The United States of America, by and through Assistant United States Attorney David W. |
| 3 | Spencer, notices the Court and the Clerk of the Court that the recently filed Indictment in <u>United States</u> |
| 4 | <u>v. Awai Fuller,</u> Case No. 2:19-CR-00027-JAM (the "Indictment"), is related to the pending Superseding |
| 5 | Petition For Warrant or Summons For Offender Under Supervision in <u>United States v. Awai-Fuller,</u> |
| 6 | Case No. 2:11-CR-00181-KJM, Dkt. 62 ("Superseding Petition"). The conduct underlying the |
| 7 | Indictment is also the basis for Charge 4 in the Superseding Petition. Accordingly, the Indictment and |
| 8 | Superseding Petition are related within the meaning of Eastern District of California Local Rule 123(a) |
| 9 | and (f). As a result, pursuant to Local Rule 123(f), the two actions should be related and assigned to |
| 10 | **either**: (1) the Honorable Kimberly J. Mueller, if she desires to retain the Superseding Petition; **or** |
| 11 | (2) the Honorable John A. Mendez. |
| 12 | Local Rule 123(f) provides: |

> **Petition for Violation of Probation or Supervised Release.** Where a Notice of Related Cases is filed suggesting that a petition for probation action and/or violation of the terms of supervised release should be related to a new indictment, and the basis of the probation petition or alleged supervised release violation is the conduct underlying the new indictment, the two actions shall be related and the Judge or Magistrate Judge assigned to the new criminal action shall also be assigned the earlier action, unless the original sentencing judge desires to retain the first action, in which circumstance both actions shall be assigned to the original sentencing judge.

The Indictment charges Defendant Daniel Awai-Fuller with Felon in Possession of a Firearm (18 U.S.C. § 922(g)). The Superseding Petition charges Awai-Fuller with Possession of a Firearm (Charge 4) and Possession of a Controlled Substance (Charge 5). Both the Indictment and Charges 4 and 5 of the Superseding Petition are derived from the same set of operative facts – a probation search of Awai-Fuller's vehicle on October 1, 2018.

The United States therefore respectfully requests that this Honorable Court (1) relate the recently filed Indictment in <u>United States v. Awai Fuller,</u> Case No. 2:19-CR-00027-JAM, to the earlier Superseding Petition in <u>United States v. Awai-Fuller,</u> Case No. 2:11-CR-00181-KJM; (2) order the Clerk's Office to assign both cases to either the Honorable Kimberly J. Mueller or the Honorable John

A. Mendez, pursuant to Local Rule 123(f); and (3) order the Clerk's Office to make appropriate adjustment in the assignment of cases to compensate for this reassignment.

DATED: January 31, 2019  McGREGOR W. SCOTT
United States Attorney

By: /s/ David W. Spencer
DAVID W. SPENCER
Assistant U.S. Attorney

Notice of Related Cases

**O R D E R**

For the reasons set forth in the Notice of Related Cases filed by counsel for the United States, the Court finds that the Criminal Case captioned <u>United States v. Awai Fuller,</u> Case No. 2:19-CR-00027-JAM, is related to the case of <u>United States v. Awai-Fuller,</u> Case No. 2:11-CR-00181-KJM, within the meaning of Local Rule 123(a) and (f) and assignment of these actions to a single district judge is likely to effect a savings of judicial effort.

Based upon this finding and pursuant to Local Rule 123(f), IT IS HEREBY ORDERED:

1. The Clerk of the Court shall REASSIGN the case of <u>United States v. Awai-Fuller,</u> Case No. 2:19-CR-00027-JAM, to the Honorable Kimberly J. Mueller, and that case shall be designated "Case No. 2:19-CR-00027-KJM"; and

2. The Clerk of the Court shall make appropriate adjustment in the assignment of cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: February 4, 2019.

_____
UNITED STATES DISTRICT JUDGE

Notice of Related Cases